UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM CASTANGO,<br><br>          Plaintiff,<br><br>v.<br><br>WARDEN BENEDETTI, *et al.*,<br><br>          Defendants. | Case No. 3:09-cv-00437-HDM-VPC<br><br>ORDER GRANTING<br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff William Castango, *pro se*, and Defendants James Benedetti and Robert Bannister, by and through counsel, Catherine Cortez Masto, Attorney General of the State of Nevada, and Beth Hickman, Deputy Attorney General, that the Civil Rights Complaint in the above-captioned matter be dismissed with prejudice. This Stipulation is based upon an out-of-court settlement

///

///

1

1  agreement reached by the parties in this matter.  Each party shall bear their own attorneys
2  fees and costs.

4  Dated this 9/21/10 day of September, 2010.   Dated this 20 day of September, 2010

   *[signature: William Castango]*                 CATHERINE CORTEZ MASTO
6  WILLIAM CASTANGO                                Attorney General

7  *Plaintiff Pro Se*                              By: *[signature: Beth Hickman]*
                                                   BETH HICKMAN
                                                   Deputy Attorney General

                                                   *Attorneys for Defendant*

13 IT IS SO ORDERED:

14     DATED: September 21, 2010.

                                                   *[signature: Howard D. McKibben]*
                                                   UNITED STATES DISTRICT JUDGE

2